IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LAQUITA BYRD and MARCUS BYRD, Both individually and as Wrongful Death Representatives of, DEION BYRD, <br><br> Plaintiff, <br><br> vs. <br><br> SHERIFF FLOYD BONNER, Jr., in his individual capacity; CHIEF JAILER KIRK FIELDS, in his individual capacity; and the GOVERNMENT OF SHELBY COUNTY, TENNESSEE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 2:24-cv-02043-SHM-tmp |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on January 23, 2025. Participating on behalf of the plaintiffs was Craig A. Edgington. Participating on behalf of the defendant Shelby County were Roy H. Chockley, Jr. and Julia M. Hale. The following schedules and deadlines were established:

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**: February 6, 2025

**MOTIONS TO JOIN PARTIES**: February 21, 2025

**MOTIONS TO AMEND PLEADINGS**: February 21, 2025

**MOTIONS TO DISMISS**: March 24, 2025

**ALTERNATIVE DISPUTE RESOLUTION:**

  (a) **ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a):** July 16, 2025

**COMPLETING ALL DISCOVERY**: July 22, 2025

    (a) **WRITTEN DISCOVERY**: June 6, 2025

    (b) **DEPOSITIONS AND REQUESTS FOR ADMISSIONS**: July 22, 2025

**EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)**:

    (a) **DISCLOSURE OF PLAINTIFFS' RULE 26(a)(2) EXPERT INFORMATION**: June 23, 2025

    (b) **DISCLOSURE OF DEFENDANT'S RULE 26(a)(2) EXPERT INFORMATION**: July 7, 2025

    (c) **EXPERT WITNESS DEPOSITIONS**: July 22, 2025

**MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**: August 6, 2025

**FILING DISPOSITIVE MOTIONS**: August 21, 2025

    **JURY TRIAL** is set **MONDAY, DECEMBER 15, 2025 at 9:30 A.M.** and is estimated to take three to four (3-4) days.

    A **PRETRIAL CONFERENCE** is set **FRIDAY, DECEMBER 5, 2025 at 10:00 A.M.** The parties shall submit a joint proposed pretrial order no later than **NOVEMBER 24, 2025.**

    Absent good cause, the scheduling dates set by this order will not be modified or extended. The parties should conduct in-depth discovery consultations prior to filing any and all discovery motions. All motions, with the exception of motions to dismiss or motions for summary judgment must be accompanied by a certificate of counsel verifying that the parties have been unable to resolve the dispute. The proposed joint pretrial order should include any stipulated facts, contested issues of fact and law, list of witnesses and exhibits, and should be signed by the attorneys for all parties.

    If a jury trial has been requested, the parties should submit proposed jury instructions to the court *at the pretrial conference.* Failure to present the proposed instructions may be deemed a waiver with regard to presentation at a later date. If the action is to be tried by the judge, the parties

will be required to submit proposed findings of fact and conclusions of law in place of the proposed jury instructions.

SO ORDERED this 23rd day of January, 2025.

                                      **s/ Samuel H. Mays, Jr.**
                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE