IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LAQUITA BYRD and MARCUS BYRD, Both individually and as Wrongful Death Representatives of, DEION BYRD, | ) ) ) Case No. 2:24-cv-02043 |
| PLAINTIFFS, | ) ) COMPLAINT FOR VIOLATIONS OF ) THE CIVIL RIGHTS ACT OF 1871, 42 ) U.S.C. § 1983 |
| v. | ) ) |
| SHERIFF FLOYD BONNER, Jr., in his individual capacity; CHIEF JAILER KIRK FIELDS, in his individual capacity; and the GOVERNMENT OF SHELBY COUNTY, TENNESSEE, | ) ) ) JURY TRIAL DEMANDED ) PURSUANT TO FED. R. CIV. PRO. 38(a) ) & (b) ) ) |
| DEFENDANTS. | ) |

**PLAINTIFF'S NOTICE OF SERVICE OF
PLAINTIFF'S CORRECTIONAL EXPERT'S REPORT**

**COMES NOW** Plaintiffs, by and through the undersigned counsel, and gives notice of their service of their expert report of the following individual this 17th day of June 2025:

1. Catherine A. Fontenot
   Corrections Expert
   1185 Americana Blvd., Apt. 2410
   Zachary, LA 70791
   (225) 405-2398

[Signature on following page]

1

        Respectfully submitted,

        /s/*Brice M. Timmons*
        Craig A. Edgington (TN Bar #38205)
        Brice M. Timmons (TN Bar #29582)
        WATSON BURNS, PLLC
        Memphis, Tennessee 38210
        Tel. (901) 529-7996
        cedgington@watsonburns.com
        btimmons@watsonburns.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this pleading was served on all parties to this action via the Court's ECF system and an accurate and complete copy of Ms. Fontenot's CV (with built in fee schedule and testimony list), W-9, and report were transmitted to below counsel on June 17, 2025.

R.H. "Chip" Chockley (#20680)
Julia M. Hale (#37204)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN 38103
(901) 222-2100
chip.chockley@shelbycountytn.gov
Julia.hale@shelbycountytn.gov
*Attorneys for Defendant Shelby County*

        /s/ *Brice M. Timmons*