UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

*Wendy R. Oliver, Clerk*  *Deputy-in-Charge*
*242 Federal Building*  *U.S. Courthouse, Room 262*
*167 N. Main Street*  *111 South Highland Avenue*
*Memphis, Tennessee 38103*  *Jackson, Tennessee 38301*
*(901) 495-1200*  *(731) 421-9200*

---

NOTICE OF SETTING
Before Judge Samuel H. Mays, Jr., United States District Judge

---

February 3, 2026

RE:  2:24-cv-2043-SHM/tmp
Laquita Byrd and Marcus Byrd, both individually and as Wrongful Death Representatives of Deion Byrd v. Sheriff Floyd Bonner, in his individual capacity, et al.

Dear Sir/Madam:

A **TELEPHONIC STATUS CONFERENCE** has been **SET** before Judge Samuel H. Mays, Jr. on **TUESDAY, FEBRUARY 10, 2026** at 1:30 P.M.

Counsel participating in the telephone conference should call in to the following conference line:

Dial-in Number:   1-877-848-7030
Access Code:   5600724#
Participant Password: 2043#

If you have any questions, please contact me at the number provided below or contact Mr. Jairo Mendez, the Court's case manager, at 901-495-1217 or Jairo_Mendez@tnwd.uscourts.gov.

Sincerely,

s/ Daphne E. Rankin

Daphne E. Rankin, Chambers Paralegal
901-495-1283
E-mail: Daphne_Rankin@tnwd.uscourts.gov